

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Danny Jo Thompson II,

    Defendant.
_____/

Case: 5:21-cr-20141
Judge: Levy, Judith E.
MJ: Patti, Anthony P.
Filed: 03-03-2021 At 03:53 PM
USA V SEALED MATTER (LG)

Forfeiture Allegations

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
*False Statement During Purchase of a Firearm*
18 U.S.C. § 922(a)(6)

On or about September 28, 2019, in the Eastern District of Michigan, Southern Division, the defendant, Danny Jo Thompson II, in connection with the acquisition of a firearm, a Sons of Liberty Gun Works, Scalper model lower receiver, from Gerbrand Defense, LLC, a licensed dealer of firearms with the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Gerbrand Defense, LLC, which statement was intended and likely to deceive Gerbrand Defense, LLC as to a fact material to the

lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18. Specifically, Danny Jo Thompson II executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, indicating that he was the actual buyer of the firearms indicated on the Form 4473—two identical Sons of Liberty Gun Works, Scalper model lower receivers (with different serial numbers), when in fact, as the defendant knew, he was not the actual buyer of one of the firearms. The aforementioned is in violation of Title 18, United States Code, Sections 922(a)(6) and 924.

## COUNT TWO
*Illegal Possession of a Machine Gun*
18 U.S.C. § 922(o)

On or about and between September 28, 2019, and October 2, 2020, the exact dates being unknown to the Grand Jury, in the Eastern District of Michigan, Southern Division, the defendant, Danny Jo Thompson II, did knowingly possess a machine gun, that is an AR-style machine gun with a Sons of Liberty Gun Works, Scalper model lower receiver (serial number 100-105211), in violation of Title 18, United States Code, Sections 922(o) and 924.

## COUNT THREE
*Illegal Possession of a Machine Gun, aiding and abetting*
18 U.S.C. §§ 2 & 922(o)

On or about and between September 28, 2019, and October 2, 2020, the exact dates being unknown to the Grand Jury, in the Eastern District of Michigan, Southern Division, the defendant, Danny Jo Thompson II, aided and abetted Eric Mark-Matthew Allport in knowingly possessing a machine gun, that is an AR-style machine gun with a Sons of Liberty Gun Works, Scalper model lower receiver (serial number 100-105250), in violation of Title 18, United States Code, Sections 2, 922(o), and 924.

## FORFEITURE ALLEGATIONS
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations contained in Counts One, Two, and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); and Title 28 United States Code, Section 2461(c).

Upon conviction of the firearm offense charged in Counts One and Four of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28

United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, or any firearm or ammunition intended to be used in any offense referred to in Title 18, United States Code, Section 924(d)(3), where such intent is demonstrated by clear and convincing evidence.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as

/

/

/

/

incorporated by Title 28, United States Code, Section 2461(c).

                                                  This is a True Bill

                                                  *s/ Grand Jury Foreperson*
                                                  Grand Jury Foreperson

Saima S. Mohsin
Acting United States Attorney

Michael C. Martin
Chief, National Security Unit

*s/ Hank Moon*
Hank Moon
Assistant U.S. Attorney

Dated: March 3, 2021

5

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐ Yes ☑ No | AUSA's Initials: |

**Case Title:** U.S. v. Danny Jo Thompson II

**County where offense occurred:** Washtenaw

**Offense Type:** Felony

Indictment -- **no** prior complaint

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

**Reason:**

**Defendant Name**     **Charges**     **Prior Complaint (if applicable)**

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

March 3, 2021
Date

Hank Moon
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Hank.moon@usdoj.gov
(313) 226-0220

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.