UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER: 5:21CR20141-001 |
| | ) | |
| vs. | ) | HON. JUDITH E. LEVY |
| | ) | |
| | ) | |
| | ) | |
| DANNY JO THOMPSON, II, | ) | |
| Defendant | | EXHIBIT INDEX |

A.        LETTERS OF SUPPORT

April 7th, 2021

To Whom It May Concern,

I offer this character letter on behalf of Danny Thompson, my nephew, whom I have known since he was born, in 1991. I am kept up to date on Danny's work and personal achievements from my sister LeeAnn Johnson. I often see Danny at family gatherings during holidays or special occasions. I have also seen him when he had been working at the Lakeside Mall.

Danny is an important part of our family.  I have always perceived him as hardworking, respectful, polite, and someone looking to better himself.  He has been a caring nephew to me and my family, a loving son to my sister, and a respectful and helpful grandson. In my experience, Danny has been a valuable member of society.  I believe that, given the circumstances, totality of circumstances and history be taken into any considerations by the court.

Sincerely,

Leon Boyer

April 7, 2021

To whom it may concern:

I'm writing this letter on behalf of Danny Jo Thompson.

I was introduced to Danny in July of 2013 by some close friends that knew his dad and who I knew as well. Our families all grew up in a rural town in northern Michigan so I've known him and his family my whole life.

I remember him as a respectful young man who spent a lot of time with his father whether he was working with him, helping him with various projects or just hanging out because it was important to him. I know him, now, as an even better man and friend.

In the spring of 2015 he started dating my daughter, Rachel Daniels and since then I've gotten to know him quite well.  To me, Danny is like my son. He has become an important part of our family.

He is a hard worker. He's dedicated not only to his career as a dog trainer by showing the utmost respect for his clients and their pets that they consider family members but also to my daughter and the life they have built together. He is kind, soft spoken and devoted to the people in his life. He's an honest man and I not only trust him with my life but with Rachel's. As a protective mother it's important to me that my daughter be in a relationship with someone who treats her well, cares for her and her needs and anticipates a better future for the both of them. Danny is that person. He's a good man with amazing goals. He's persevered time and time again with any and all struggles in his life and every time I've watched him come out on top a better person with even bigger dreams and goals.

Bottom line is that Danny's character, integrity and overall mindset is what most should aspire to be. I'm proud of his accomplishments and know him to be a man to overcome odds and make the world a better place. He's making a difference in this world – a good one. I look forward to seeing all the goals in his life that he will meet and succeed at.

Sincerely,

Nikki Miller
1350 N Selkirk Lake Rd
Kalkaska, MI 49646
231-218-3550
nikld@yahoo.com

Michelle Luketich
5330 N Ridge Spring Pl
Tucson, AZ. 85749
520-850-0172
Email: shelluke1@msn.com

Wednesday, April 7, 2021

RE: Character reference for Danny Thompson

To whom it may concern,

I am writing this letter in support of my nephew Danny Thompson. I have know Danny since he was a baby. Although I didn't live in the same state I would still get to know him well through visits, phone calls, and family gatherings.

He is an integral part of our family and has always been a loving, caring, supportive and helpful son, grandson, nephew and cousin. Whenever I was home ( I grew up in Michigan ) for a visit Danny was always very polite and helpful. We are a very close knit family and although many of us now live in other places we are still very much connected and in contact with each other.

As a young adult I was very happy to see that Danny found his niche in life as a dog trainer. He seems to have a real gift! This may sound corny, but I think dogs have a sense about people and this speaks volumes that Danny does so well with dogs ( a dog whisperer of sorts). He is hard working and conscientious and all around great guy.

Danny is loved and appreciated by all of his family members and I hope this is taken into careful consideration.

Sincerely,
Michelle Luketich

April 7, 2021

To Whom It May Concern,

I am writing in support of Danny Thompson.

Danny Thompson is my nephew, so I have known him for 29 years. As a result of knowing him for this long, I can assure you he is a person of remarkable maturity and reliability. He is financially independent and is a motivated self-starter who has started and is running a successful business. He has great moral and ethical standards.

Additionally, he is a well-respected and a caring individual who is family oriented. Danny is one of many nephews and all of the cousins get along very well. Anytime we have come to visit, Danny spends time with us, entertaining his cousins, and includes everyone in all activities. He has excellent rapport with anyone he deals with.

He has a love for animals as well. He owns his own business where he has become an excellent dog trainer. I understand his clients are extremely happy not only with his abilities but also with the commitment he demonstrates.

In summary, Danny is highly regarded in the family and by those that know and work with him.
If you have any questions, feel free to contact me.

Jennifer Sims

Thank You,
Jennifer Sims
8760 E Snyder Rd
Tucson AZ 85749

April 5, 2021

To whom it may concern:

My name is Lori Robert and I have known Danny Thompson for six years. He is my niece's fiancé. Danny has shown to me his kind heartedness. He has jumped to offer any assistance that has ever been needed, willing to extend a helping hand. He and I have had conversations that have shown me his great depths of concern regarding various subjects close to our hearts

I have known him to be a most dedicated young man who perseveres to set goals and remains steadfast in doing so.

His most accomplished work with training dogs continues to amaze me with the remarkable results that he achieves with a loving patience shown to dogs.

I would highly recommend Danny for any position requiring patience, hard work, dedication and the achievement of goals.

If you have any questions, you may contact me.

Lori Robert

231-714-7323

Matthew Fullwood
978 Cedargate Ct.
Waterford, MI 48328


Friday, April 9, 2021


To Whom It Concerns,

My name is Matthew Fullwood. I live in Waterford, MI and am the owner and operator of Mathis Personal Chef Services. I have known Danny Thompson since the summer of 2015 when he began dating my younger cousin Rachel Daniels.

Upon our initial introduction, Danny and I bonded over our many common interests and became quick friends. I have always seen Rachel as more a younger sister than cousin, therefore I've taken great interest in those she chose to include in her life. Over the last six years, in addition to being a loyal friend, Danny has shown repeatedly that he is worthy of my trust and is unquestionably welcomed as a member of our family.

Danny is an independent thinker who stands by his beliefs and conducts himself personally and professionally with the utmost integrity. He is compassionate and displays patience and understanding with friends and strangers alike. This quality also is pertinent in his chosen profession where he trains and cares for dogs. I have personally witnessed him at work and am amazed at the results he's produced in such a challenging field.

Professionally, Danny has my full endorsement and I've recommended his services on several occasions to my own clients. Personally, Danny is, and will remain, and trusted friend whom I'm proud to have part of my family.

If you or anyone else would like to discuss matters pertaining to my personal experiences with Danny over the last six years further, please don't hesitate to contact me at any time.

Thank you

Matthew Fullwood
Mathias Personal Chef Services
(231) 392-4529
mathiaspersonalchef@gmail.com

April 9th 2021

To whom it may concern,

My name is Carrina Lo Bello and I have had the pleasure of knowing Danny Thompson for the past five years. He and I met through my husband Dylan while they worked together at Petco in Ann Arbor Michigan. Danny and his fiancé quickly became good friends with both myself and husband. During his time at Petco Danny helped guide me through the various obstacles of owning pets and was always knowledgeable and trustworthy when it came to various animal need recommendations ie. food brands, medications and so forth.

Danny is one of the most dedicated, kind and hardworking people I know. From his time at Petco to the beginnings of his new business he has always put the needs and focus of others first. Danny never backs down from an opportunity to help others specifically families and their pets; and he made this aspect a reality by creating his very own board and train company. Danny committed himself fully to this passion and has proven himself invaluable. When we decided to get a puppy of our own Danny was by far our number one choice without hesitation. Danny offered us a comprehensive four-week board and train program for our then four-month-old puppy. We chose Danny specifically for his trustworthiness, expertise, knowledge, kindness and impressive results. A dog is like a member of the family and knowing our puppy was with Danny took a big load off of our shoulders as he was someone we could trust whole heartedly. Danny took this responsibility above and beyond our expectations by providing us with daily updates, videos and training guides to ensure continued success down the road for our puppy.

Danny is the type of person that you can trust with any task whether it be big or small and he will do so with full commitment. He is patient and gentle with a positive attitude and has proven his skills time and time again.

For these reasons I support and recommend Danny for any position or endeavor that he may seek to pursue.

Sincerely,

Carrina Lo Bello

734-747-0101

carrinalobello@gmail.com

April 9th 2021,

To whom it may concern,

My name is Dylan Stites, and I have known Danny Thompson for five and a half years. I am honored to have the privilege of telling you more about him today.

Ever since Danny and I meet at the Ann Arbor Petco five and a half years ago we have been very good friends. When we first met we had the same likes and dislikes about numerous things and got along well. As we worked together I was able to see the very patient, professional and caring side of Danny Thompson. When we weren't working I was able to see the fun, easy going side; whether it was playing disc golf or going to different events with our significant others, they were always memorable times.

My wife and I have always enjoyed and cherished the time we have spent with Danny and his now fiancé. From purchasing their new home, to training their first dogs for their dog training company, Danny has always been a very driven and committed individual. Nothing brings more of a smile to my face than seeing his continued success in everything that he does.

He has an incredible work ethic and has gone above and beyond the expectations set forth by both himself and others. Danny has always been a loyal friend, and trustworthy professional and I know if I ever had a question or problem he would drop everything to help.

Sincerely,

Dylan Stites

937-407-0961

dstites@emich.edu

To whom it may concern,

I have known Danny and been good friends with him for about 7 years now. He has always been a positive, hardworking, determined and kind man. He has always been a loyal and trustworthy friend that I can count on, no matter the situation. Danny is the kind of man that helps anyone he sees if he's able to do so. He has gone out of his way many times to help me with personal life issues, such as inspiring and encouraging me when I quit drinking and got sober. As well as projects or moving that I couldn't do on my own. His character and attitude speak volumes of how amazing and kind he is. I have watched him grow, evolve, and prosper over the last 7 years, into the best version of himself possible. Now running a business doing what he loves, while providing much needed help for dog owners who need there pet trained to be the best companions possible for their owners. He has put in, and continues to put in the utmost work and effort into not only himself, but what he does as a business owner. He truly is an inspiration and positive light, for anyone whose life he is apart of. I hope my insight on who Danny is makes a positive impact on the decision being made.

Sincerely,

Victoria Gigg

Cody Blanchard

2510 Gardner Rd

Oxford MI, 48371

4/24/2021

Re: Danny Thompson

To whom it may concern,

Danny and I met through a working dog club in December of 2020. I have come to know him as a great friend and someone I look up to. Danny is one of the most hard-working and dedicated people I've ever met, something that is very rare to see in people nowadays. He is the first to show up and the last to leave every training day and always comes to the club with a positive attitude that puts everyone in a good mood.

He is someone who is truly humble, he doesn't need to be the center of attention, and is always willing to take advice from anyone even if they may not know as much as him about a particular topic. He is always honest about his opinions or assessment on the situation or dog/owner team but in a way that is kind and courteous to their feelings. He is always capable of boosting someone's confidence when they need it and empowering them to take on a challenge.

Danny is like family to us. I know I will always be able to count on him and depend on him for anything. Although I got to know him through the club, I am so grateful to have him as a close friend. We often spend time together after club training days, discussing future plans and shared hobbies. I am looking forward to future trips up north for summer vacations and for bow hunting season, and to all the future dog events we will go to together.

Not only is Danny one of my closest friends, but he is also an incredible small business owner. I know his business will continue to grow rapidly and his involvement in the dog industry will become an entity people will look up to and want to learn from. I look forward to seeing him continue to advance in his goals and learning from him in the future. Please take this letter as a sincere reflection of Danny's character.

Cody Blanchard

Jessica Gute

3600 Barber Rd

Oxford/MI/48371

04/13/2021

Re: Danny Thompson

To whom it may concern, I am truly honored to speak and attest to Danny's exceptional character. I followed Danny through his social media platform @thompson.k9 on Instagram starting in the summer of 2020, and I had the great pleasure of meeting him in person in November through a dog sport we both have goals to compete in. Since then, Danny and I have developed not only a strong working relationship but a wonderful friendship that I value very much. We have since worked hard to develop a protection dog club under the reputable organization of PSAK9 (protection sports association), the first of its kind in the state of Michigan, something we both worked very hard for and are proud of. The role Danny has played in organizing this club and bringing people together of all demographics and backgrounds is immeasurable. He is our club's main decoy and is a training director for the entire club. All of our members look to him for guidance and advice with their own dogs as he sets a new standard for the way sport dogs should be worked with in a positive and motivational light.

Danny is someone who has truly become part of our family overnight. Not only is he the only one I fully trust to properly work my dogs and keep them safe, he is also someone I know would be there for me in any situation in a split second. There are so few people that you can count on to be there for you and depend on, but Danny is one of those people.

It is no surprise that Danny has an amazing natural talent for working with dogs of all temperaments, breeds, and issues. I have watched him work with dogs and coach their owners, both pets and working dogs through many types of scenarios, whether it's rehabbing an aggressive dog or working towards better obedience for the family pet. Danny is extremely compassionate towards animals and always puts them first no matter the situation. Balanced training requires a clear head and the ability to adjust and regulate your emotions in a split second. Dogs are very perceptive of the emotions you're feeling, so getting frustrated and losing your temper isn't an option when it comes to the way Danny trains. He dedicates massive amounts of time to building dogs' and their owners' confidence and making them both feel safe and secure as a team.

Danny is always working towards bettering his training skills, staying up to date on the most current and scientifically backed information available to us. We attended a decoy school hosted and taught by Shawn Edwards of Stateline Canine (Hanover, PA), a very well -espected trainer, decoy, and recently retired K9 officer in the industry. Danny got many compliments on his skills in working the various dogs they had lined up and received many compliments on his personal dog's upbringing and training. We hope to continue to attend these types of learning events in the future and network with a wide variety of trainers, civilians, and officers to advance our skills further.

Something I truly admire about Danny is his drive to impact people's lives and create a positive change. In the coming years we hope to create a non-profit foundation that provides personal protection dogs for victims/survivors of domestic violence and sexual assault. Making people feel safe and secure through the work Danny would be able to provide is an incredible feeling, and we hope that with the support of our friends, family, and other small businesses we can accomplish this in the very near future, as helping people progress and regain safety and control of their lives is an idea Danny is passionate about.

In the future, we also plan to work towards the goal of expanding our club and making it one of the most well known in the United States. Danny will be working towards certifying as an official trial decoy for PSAK9, an accomplishment I know he will be able to achieve with the support of our club members and the determination and commitment he has showcased thus far. I am confident in Danny's ability to grow his business and continue to change and impact the lives of dog owners everywhere. It is my greatest hope that this letter is taken into consideration as it represents Danny Thompson's true character.

Sincerely,

Jessica Gute